Case: **1:21−cv−00167**
Assigned To : **Limbaugh, Stephen N., Jr**
Assign. Date : **11/16/2021**
Description: **Jones v. Gordonville Grill**