**RECEIVED**
DEC 20 2021
U.S. District Court
Eastern District of MO
Cape Girardeau

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Plaintiff(s), Reno Jones )
)
v. Jordanville MO )   Case No. 1:21CV167SNLJ
Grill )   (to be assigned by Clerk of District Court)
)
)   JURY TRIAL DEMANDED
)
)   YES ✓   NO ☐
)
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Reno Jones

   Plaintiff's address: 622 Napa Circle
   Street address or P.O. Box

   Cape Girardeau 63703
   City/ County/ State/Zip Code

   (573) 275-7692
   Area code and telephone number

3. Defendant's name: Gordonville Grill

   Defendant's address: 829 State Highway Z
   Street address or P.O. Box

   Gordonville MO 63701
   City/County/State/ Zip Code

   (573) 243-0101
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)          (City/County)          (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

__January 05 2020 — March 10 2020_____

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes   Date filed: _____

☑ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes   Date filed: __9-3-2020__

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

   \_\_\_\_ failure to hire me

   ✓ termination of my employment

   \_\_\_\_ failure to promote me

   \_\_\_\_ failure to accommodate my disability

   ✓ terms and conditions of my employment differ from those of similar employees

   ✓ retaliation

   ✓ harassment

   \_\_\_\_ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

   ✓ Yes           ☐ No

4

11. I believe that I was discriminated against because of my (check all that apply):

✓ race

___ religion

___ national origin

___ color

✓ gender

___ disability

___ age (birth year is: _____)

___ other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes        ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

1. I am Keno Jones African American Black male
2. I work for Gordanville Grill 4yrs and was terminated March 2020.
3. I was meeting my employer's expectations. I was never written up or reprimanded.
4. I was cook/prep in kitchen
5. My manger was Louis Lawerence and Tyer Kemp.

(Continue to page 6, if additional space is needed.)

6. I was treated very poorly by Tyler Kemp
7. Tyler use abuse langauge toward me Such as Suck my dick. Tyler is white.
8. Louis Lawerenc use abuse langauge toward me. Such as calling me color boy.
9. Louis use to make unwanted homersexaul comments toward me.
10. The mangers made me feel uncomfortable and abuse at work.
11. I reported to Andy hancock the aduse of behavior
12. My wife called in and told the manger I wasing coming to work one day. I didn't go to work cause of the abuse.
13. I was fired for no call no show even tho I called.
14. Other white empolyess with the same Job title where not fired for no call no show.
15. All of the behavior of abuse was against the code of conduct contract the Grill made me sign.
16.

6.

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☒ may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. I pray this court grant me 30,000 dollars in lost wage's and 15,000 for emotional distress and whatever other relief these court may grant.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of Dec, 20 21.

Signature of Plaintiff  Reno Jones