**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| RENO JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21CV000167 SNLJ |
| | ) |
| GORDONVILLE GRILL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the Rule 16 scheduling conference is reset on **Monday, April 18, 2022 at 10:30 a.m.** by telephone. The parties should call in to the Court's conference call phone number: 1-866-434-5269, access code 2082948.

Dated this 14th day of April, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE